IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

```
FILED
AUG 28 2015
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

UNITED STATES OF AMERICA

    v.

JAMES M. SMITH

Case No. 2:15mj475
Court Date: October 20, 2015

CRIMINAL INFORMATION

(Misdemeanor)-Violation No. N0459076

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 17, 2015, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JAMES M. SMITH, did knowingly drive a motor vehicle while his driver's license, learner's permit, or privilege to drive a motor vehicle was suspended or revoked.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Nicholas D. Linstroth
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6391
Fax:(757) 441-3205
Nicholas.Linstroth@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Nicholas D. Linstroth
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6391
Fax: (757) 441-3205
Nicholas.Linstroth@usdoj.gov

_____Aug. 26, 2015_____
Date

2